■ PATRICIA A. BONCELLA, Appellant, v CAMDEN CENTRAL SCHOOL DISTRICT et al., Respondents.—Order unanimously affirmed, without costs. Memorandum: None of the writings relied upon by the plaintiff was sufficient to constitute a valid notice of claim, and several of them were not served, as required by statute, upon the "governing body" (Education Law § 3813 [1]; *Parochial Bus Sys. v Board of Educ.,* 60 NY2d 539; *P. J. Panzeca, Inc. v Board of Educ.,* 29 NY2d 508, 509,

*rearg dismissed* 29 NY2d 749). (Appeal from order of Supreme Court, Oneida County, Murphy, J.—late notice of claim.) Present—Dillon, P. J., Doerr, Denman, Boomer and Pine, JJ.